U.S. COURT OF APPEALS
RECEIVED
CLERK
NOV 24 2015
ATLANTA, GA

# The John Marshall Law School

315 South Plymouth Court · Chicago, Illinois 60604
www.jmls.edu

William K. Ford
Associate Professor of Law
Phone: 312-386-2851
Email: 7ford@jmls.edu

Tel: 312.427.2737
Fax: 312.427.9974

November 19, 2015

U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Dear Clerk's Office:

Please send me a CD of the oral argument from the following case:

> 15-10880 Rosa and Raymond Parks Institute for Self-Development, Appellant v. Target Corporation (Tuesday, November 17, 2015)

Enclosed is a check for $30.00. Please send it to:

> Professor William K. Ford
> The John Marshall Law School
> 315 S. Plymouth Court
> Chicago, Illinois 60604

Sincerely,

*William Ford*

William K. Ford